Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

08 MAY 15 PM 3:54

| | |
|---|---|
| DOSTART CLAPP GORDON & COVENEY, LLP, a limited liability partnership,<br>       Plaintiff,<br>vs<br><br>UNITED STATES DEPARTMENT OF LABOR, ELAINE L. CHAO, in her official capacity as Secretary of Labor, and DOES 1 through 20, inclusive,<br>       Defendants. | AMENDED<br>**SUMMONS IN A CIVIL ACTION**<br>Case No. 08 CV 0863 JM AJB |

**VIA FAX**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
   James F. Clapp, Esq.
   DOSTART CLAPP GORDON & COVENEY, LLP
   4370 La Jolla Village Drive, Suite 970
   San Diego, CA 92122

An answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

MAY 1 5 2008

W. Samuel Hamrick, Jr.
       CLERK                                              DATE

J. HINK[illegible]
By _____, Deputy Clerk

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com