Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOSTART CLAPP GORDON & COVENEY, LLP, a limited liability partnership,<br>　　　　Plaintiff,<br>vs<br><br>UNITED STATES DEPARTMENT OF LABOR, ELAINE L. CHAO, in her official capacity as Secretary of Labor, and DOES 1 through 20, inclusive,<br>　　　　Defendants. | AMENDED<br>**SUMMONS IN A CIVIL ACTION**<br>Case No. 08 CV 0863 JM AJB |

VIA FAX

TO: (Name and Address of Defendant)

```
UNITED STATES DEPARTMENT OF LABOR      ELAINE L. CHAO
200 Constitution Ave, NW                Secretary of Labor
Washington, DC 20210                    200 Constitution Ave, NW
                                        Washington, DC 20210
```

　　YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY
　　James F. Clapp, Esq.
　　DOSTART CLAPP GORDON & COVENEY, LLP
　　4370 La Jolla Village Drive, Suite 970
　　San Diego, CA 92122

　　An answer to the complaint which is herewith served upon you, within ___30___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | MAY 1 5 2008 |
|---|---|
| CLERK<br>J. HINKLE | DATE |
| By　　　　　　, Deputy Clerk | |

Summons in a Civil Action

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons AMENDED and Complaint was made by me | DATE May 16, 2008 |
| NAME OF SERVER<br>Kathryn A. Jordan | TITLE<br>Paralegal |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling, house or usual place of abode with a person of suitable age and discretion then residing therein:

Name of person with whom the summons and complaint were left: _____

☐ Return unexecuted:

☒ Other (specify):
Served Michael B. Mukasey, Attorney General of the United States, by certified mail pursuant to Fed.R.Civ.P. 4(i)(1)(B). Mailed to: Michael B. Mukasey, Attorney General of the United States, Department of Justice, 950 Pennsylvania Ave, NW, Washington, DC 20530-0001

### STATEMENT OF SERVICE FEES

| TRAVEL | | SERVICES | TOTAL | |
|---|---|---|---|---|
| | | | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Executed on: May 16, 2008
           Date

Signature of Server
DOSTART CLAPP GORDON & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970, San Diego, CA 92122
Address of Server

### NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT. COUNSEL FOR THE PLAINTIFF HAS RECEIVED A CONSENT FORM.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE TO WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGEMENTS OF THE U.S. MAGISTRATES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

American LegalNet, Inc.
www.FormsWorkflow.com