```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ MEGAN CALLAN
   │ Assistant U.S. Attorney
 3 │ California Bar No. 230329
   │ U.S. Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, CA 92101-8893
 5 │ Telephone: (619) 557-7120
   │ Facsimile: (619) 557-5004
 6 │ E-mail: Megan.Callan@usdoj.gov
 7 │ Attorneys for Defendants
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOSTART CLAPP GORDON & COVENEY, LLP, a limited liability partnership,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR; ELAINE L. CHAO, in her official capacity as Secretary of Department of Labor; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Civil No. 08cv0863-JM (AJB)<br><br>NOTICE OF MOTION AND MOTION BY DEFENDANTS TO DISMISS<br><br>[Fed.R.Civ.P. 12(b)(1), (b)(6)]<br><br>Date: August 1, 2008<br>Time: 1:30 p.m.<br>Court: 16<br>The Honorable Jeffrey T. Miller<br><br>[Defendants Do Not Request Oral Argument] |

**To the Court and Plaintiff through Counsel:**

Please take notice that on the date set forth above or as soon as counsel may be heard, in the courtroom of the Honorable Jeffrey T. Miller, federal defendants, through their attorneys of record, Karen P. Hewitt, United States Attorney, and Megan Callan, Assistant U.S. Attorney, will bring on their motion to dismiss the instant complaint pursuant to Federal Rules of Civil Procedure 12(b).

This motion for dismissal is based on the grounds that Plaintiff has not established subject matter jurisdiction and has failed to state a claim upon which relief may be granted.

//

//

//

1       This motion is based on this notice, the accompanying Memorandum of Points and Authorities, Plaintiff's Complaint, the Court's files and records in this and pending related actions, and any other matter the court may consider at oral argument or otherwise.

//

Dated: June 13, 2008

Respectfully submitted,
KAREN P. HEWITT
United States Attorney

s/ Megan Callan

MEGAN CALLAN
Assistant U.S. Attorney
Attorneys for Defendants

Email: Megan.Callan@usdoj.gov