1  KAREN P. HEWITT
   United States Attorney
2  MEGAN CALLAN
   Assistant U.S. Attorney
3  California Bar No. 230329
   U.S. Attorney's Office
4  880 Front Street, Room 6293
   San Diego, CA 92101-8893
5  Telephone: (619) 557-7120
   Facsimile: (619) 557-5004
6  E-mail: Megan.Callan@usdoj.gov

7  Attorneys for Defendants

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10
   DOSTART   CLAPP   GORDON   &)        Civil No. 08cv0863-JM (AJB)
11 COVENEY,   LLP,  a  limited  liability)
   partnership,                         )
12                                      )
                     Plaintiff,         )        PROOF OF SERVICE
13                                      )
          v.                            )
14                                      )
   UNITED   STATES   DEPARTMENT   OF)
15 LABOR; ELAINE L. CHAO, in her official)
   capacity  as  Secretary  of  Department  of)
16 Labor; and DOES 1 through 20, inclusive,  )
                                        )
17                   Defendants.        )
   ———————————————————————— )
18

19 IT IS HEREBY CERTIFIED THAT:

20      I, the undersigned, am a citizen of the United States and am at least eighteen years of age.
   My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.
21
        I am not a party to the above-entitled action.  I have caused service of: **NOTICE OF
22 MOTION AND MOTION BY DEFENDANTS TO DISMISS; MEMORANDUM OF POINTS
   AND AUTHORITIES SUPPORTING DEFENDANTS' MOTION TO DISMISS** on the
23 following party by electronically filing the foregoing with the Clerk of the District Court using its
   ECF System, which electronically provides notice.
24
        James F. Clapp
25      Attorney for Plaintiff
        E-Mail: jclapp@sdlaw.com
26
   I declare under penalty of perjury that the foregoing is true and correct.
27 Executed on June 13, 2008.

28                                      s/ Megan Callan
                                        Megan Callan