EXHIBIT 1



**DOSTART
CLAPP
GORDON &
COVENEY
LLP**

4370 LA JOLLA VILLAGE DRIVE, SUITE 970
SAN DIEGO, CALIFORNIA 92122-1253
TELEPHONE: (858) 623-4200
FAX: (858) 623-4299

J. KIRK DONNELLY
DIRECT DIAL 858-623-4275
E-MAIL: KDONNELLY@SDLAW.COM

November 29, 2006

***Sent by facsimile and U.S. Mail***
U.S. Department of Labor
Paul DeCamp, Administrator
Employment Standards Administration
Wage and Hour Division
200 Constitution Avenue, NW
Washington, DC 20210
Attention: FOIA Request

Re:   Freedom of Information Act Request

Dear Mr. DeCamp:

This is a request under the Freedom of Information Act.

I request that a copy of the following documents be provided to me:

1.   Any and all documents reflecting any oral or written communications between any representative of the Securities Industry Association (also known as the Securities Industry and Financial Markets Association) ("SIA") and the U.S. Department of Labor ("DOL") concerning whether registered representatives, account executives, broker-representatives, financial executives, financial consultants, financial advisors, investment professionals, and stockbrokers (collectively referred to as "registered representatives") in the financial services industry are exempt from the overtime pay requirements of the Fair Labor Standards Act ("FLSA"). For the purposes of this FOIA request, the term "document" is intended to have the broadest meaning permitted under the Federal Rules of Civil Procedure and/or the Federal Rules of Evidence and shall include any writing or recorded matter of every kind or description, however produced or reproduced, whether in draft or final, original or reproduction, in custody or control of you or known by you to have been created, including but not limited to: letters, correspondence, memoranda, notes, emails, minutes of meetings, contracts, agreements, transcripts, reports, photographs, tape recordings, videotapes, audio tapes, films, drawings, graphs, charts, monthly statements, electronic data, discs or other magnetic storage devices, faxes, electronic file notes and correspondences, telephone logs and

EXHIBIT ____1____



U.S. Department of Labor
November 29, 2006
Page 2

memoranda, printouts, or statements. Document also includes any summarization, compilation, or reproduction of documents. Document also means a copy where the original is not in your possession or custody and means every copy of every document where such copy is not an identical copy or the original. Document also includes any writings, records, photographs, or duplicates as those terms are defined in Federal Rule of Evidence 1001.

2. Any and all documents in any way related to the SIA's request for an opinion letter from the DOL concerning whether registered representatives are exempt from the overtime pay requirements of the FLSA.

3. Any and all documents provided by the SIA to the DOL in connection with the SIA's request for an opinion letter from the DOL concerning whether registered representatives are exempt from the overtime pay requirements of the FLSA.

4. Any and all documents reviewed or relied upon by the DOL in formulating its response to any request for an opinion letter from the SIA concerning whether registered representatives are exempt from the overtime pay requirements of the FLSA.

5. Any and all documents in the possession of the DOL relating to any lawsuit alleging that registered representatives are entitled to overtime pay under the FLSA, including without limitation any documents relating to lawsuits against A.G. Edwards & Sons, Inc., Wachovia, Prudential, Merrill Lynch, Morgan Stanley, Citigroup/Smith Barney, UBS, Edward Jones, and/or Banc of America.

In order to help to determine my status to assess fees, you should know that I am affiliated with a private company and am seeking information for use in my company's business.

I am willing to pay fees for this request up to a maximum of $250. If you estimate that the fees will exceed this limit, please inform me first.

Thank you for your consideration of this request.

Sincerely,
DOSTART CLAPP GORDON & COVENEY, LLP

J. Kirk Donnelly

I declare under penalty of perjury that the foregoing is true and correct. Executed within the United States of America on the 29 of November, 2006.

J. Kirk Donnelly

EXHIBIT 1