## PROOF OF SERVICE

I am employed in the county of San Diego, State of California. I am over the age of eighteen and am not a party to this case. I am employed in, or am a resident of, the County of San Diego, California, where the mailing occurs; and my business address is: DOSTART CLAPP GORDON & COVENEY, LLP, 4370 La Jolla Village Dr., Ste. 970, San Diego, CA 92122.

On July 9, 2008, I served the foregoing document(s) described as:

AMENDED COMPLAINT FOR VIOLATION OF THE FREEDOM OF INFORMATION ACT

on the interested parties in this action addressed to the addressee as follows:

Karen P. Hewitt, Esq.
United States Attorney
Megan Callan, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Email: Megan.Callan@usdoj.gov

☒ (BY E-FILE) and causing a true copy thereof to be filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

☐ (BY UNITED STATES POSTAL SERVICE) and placing a true copy thereof in a sealed envelope and personally placing such envelope with postage fully prepaid for deposit in the United States Postal Service, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of correspondence for mailing with the United States Postal Service; and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

☐ (BY OVERNIGHT MAIL) and placing a true copy thereof in a sealed Federal Express envelope and personally placing such envelope with postage fully prepaid for deposit in the Federal Express mailbox for next day delivery, this same day, at my business address shown above, following ordinary business practices. I further declare that I am readily familiar with our business' practice for collection and processing of overnight mail with the Federal Express Service; and that the correspondence shall be deposited in an official Federal Express overnight mailbox this same day in the ordinary course of business.

Executed on July 9, 2008, at San Diego, California.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*/s/ Kathryn Jordan*
KATHRYN A. JORDAN