# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| DOSTART CLAPP GORDON & COVENEY, LLP,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>Defendant. | CASE NO. 08 CV 0863 JM (AJB)<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS** |
|---|---|

Defendant moved to dismiss Plaintiff's original complaint on June 13, 2008. (Doc. no. 7.) Plaintiff then filed a first amended complaint ("FAC") as a matter of right, see Fed R. Civ. Proc. R. 15(a), on July 9, 2008. The court therefore **DENIES** as moot Defendant's motion to dismiss the original complaint.

**IT IS SO ORDERED.**

**DATED: July 10, 2008**

_____
**Hon. Jeffrey T. Miller
United States District Judge**