KAREN P. HEWITT
United States Attorney
MEGAN CALLAN
Assistant U.S. Attorney
California Bar No. 230329
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101-8893
Telephone: (619) 557-7120
Facsimile: (619) 557-5004
E-mail: Megan.Callan@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOSTART CLAPP GORDON & COVENEY, LLP, a limited liability partnership,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　Defendant. | Civil No. 08cv0863-JM (AJB)<br><br>PROOF OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of: **ANSWER TO FIRST AMENDED COMPLAINT** on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice.

James F. Clapp
Attorney for Plaintiff
E-Mail: jclapp@sdlaw.com

I declare under penalty of perjury that the foregoing is true and correct.
Executed on July 22, 2008.

　　　　　　　　　　　　　　　　　　　s/ Megan Callan
　　　　　　　　　　　　　　　　　　　Megan Callan