cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOSTART CLAPP GORDON & COVENEY, LLP, a Limited Liability Partnership,<br><br>          Plaintiff,<br>v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>          Defendants. | Civil No.08cv0863 JM (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

On September 2, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were James Clapp, Esq. on behalf of plaintiff; Megan Callan, Esq. and Heather Marks, law clerk on behalf of defendant.

The Court and counsel discussed procedural as well as substantive issues associated with the case. While settlement could not be reached at the conference, counsel's willingness to work informally on addressing the issues in association with this Freedom of Information Act case bodes well. There are some pleading issues, as well as some substantive objection issues, that counsel will confer on an attempt to reach resolution.

///

1   The Court sets a Case Management Conference on *October 6, 2008 at 9:30 a.m.* If a resolution
2  is not reached at that time, further dates and deadlines will be set as appropriate.
3   IT IS SO ORDERED.

5  DATED:  September 4, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court