1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10

11  DOSTART CLAPP GORDON  & COVENEY,   )   CASE NO. 3:08-cv-0863-JM (AJB)
    LLP, a limited liability partnership,        )
12                                                )   **ORDER GRANTING JOINT MOTION**
                                                  )   **FOR LEAVE TO FILE SECOND**
13                      Plaintiff,                )   **AMENDED COMPLAINT**
                                                  )
14  v.                                            )
                                                  )
15  UNITED STATES DEPARTMENT OF                   )
    LABOR,                                        )
16                                                )
                        Defendant.                )
17                                                )
                                                  )
18  _____ )

19         Having considered the parties' Joint Motion for Leave to File Second Amended Complaint (Doc.

20  No. 14), and finding good cause, the Court hereby **GRANTS** the motion and **ORDERS** the Clerk to file

21  Plaintiff's Second Amended Complaint.

22         IT IS SO ORDERED.

23

24  DATED:  October 3, 2008

25                                                _____
                                                  Hon. Jeffrey T. Miller
26                                                United States District Judge

27

28

                                          1