1

2

3

4

5

6

7

8

9

10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | DOSTART CLAPP GORDON &)<br>COVENEY, LLP, a limited liability)<br>partnership,<br><br>                                 Plaintiff,<br><br>     v.<br><br>UNITED STATES DEPARTMENT OF)<br>LABOR,<br><br>                                 Defendant.<br>_____) | Civil No. 08cv0863-JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO<br>CONTINUE CASE MANAGEMENT<br>CONFERENCE**<br><br>[Doc. No. 22] |

18

        Having considered the parties' Joint Motion to Continue Case Management Conference to December 17, 2008, at 9:30 a.m. (Doc. No. 22), and finding good cause shown, the Court hereby GRANTS the motion and ORDERS that the Case Management Conference set for November 19, 2008 is hereby continued to **December 17, 2008 at 9:30 a.m.** The Case Management Conference will be held telephonically. Plaintiff's counsel shall initiate and coordinate and telephone call.

IT IS SO ORDERED.

DATED: November 20, 2008

_____
Hon. Anthony J. Battaglia
U.S. Magistrate Judge
United States District Court

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28