UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOSTART CLAPP GORDON & COVENEY, LLP, a limited liability partnership,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　Defendant. | Civil No. 08cv0863-JM (AJB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 24] |

Having considered the parties' Joint Motion to Dismiss With Prejudice (Doc. no. 24), and finding good cause shown, the court hereby **GRANTS** the motion and **ORDERS** that the above captioned case is dismissed with prejudice. Each party shall bear its own costs. The Clerk of Court is instructed to close the case file.

**IT IS SO ORDERED.**

DATED: December 12, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　United States District Judge